# AFFIDAVIT IN SUPPORT OF APPLICATION UNDER RULE 41

# FOR A WARRANT TO SEARCH AND SEIZE

I, John Krewer, being duly sworn, deposes and states as follows:

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search and seizure warrant for the person of ALEC HOLLAND, as described in Attachment A, to obtain oral secretion (epithelial cells) by rubbing cotton swabs against the inner cheek lining of HOLLAND'S mouth cavity, in sufficient quantity for scientific examination and comparison for DNA typing and DNA comparison, as described in Attachment B.

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code, in that I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I have been employed by the Federal Bureau of Investigation since February of 2020.  I am assigned to the Philadelphia FBI Safe Streets Violent Drug Gang Task Force ("SSVDGTF"), which investigates, among other violations of federal law, criminal groups including those involved in the importation, distribution, and manufacturing of controlled substances, weapons violations, and all tangential violence associated with the drug trade.  I have specialized training and experience in narcotics distribution investigations, including, but not limited to, the means and methods used by traffickers to purchase, transport, store, and distribute narcotics and to hide profits generated from those transactions. I have conducted physical and electronic surveillance, debriefed confidential sources, and participated in the drafting and execution of search warrants involving these matters.

3. As a part of my official duties, I investigate criminal violations of the federal narcotics laws, including, but not limited to, Title 21, United States Code, Sections 841(a)(1), 843(b), 846, 848, 853, and 860. I have received special training in the enforcement of laws concerning controlled substances and narcotics trafficking organizations. I am an investigative or law enforcement officer authorized to conduct interceptions under Title 18, United States Code, Section 2510(7).

4. The information contained in this affidavit is known to me personally, was relayed to me by other law enforcement officers, or was relayed to me by individuals assisting law enforcement officers. This affidavit is intended to show only that there is probable cause for the requested warrant and does not set forth all my knowledge about this matter.

5. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 922(g)(1) (possession of a firearm by a prohibited person, a felon), has been committed by ALEC HOLLAND and there is probable cause to obtain oral secretion (epithelial cells) by rubbing cotton swabs against the inner cheek lining of HOLLAND's mouth cavity, in sufficient quantity for scientific examination and comparison for DNA typing and DNA comparison.

**PROBABLE CAUSE**

6. On February 17th, 2022, at approximately 6:00am, Philadelphia Police SWAT team executed a state search and seizure warrant number 247826 on 939 Daly Street in Philadelphia, Pennsylvania. That search and seizure warrant authorized the apprehension of Alec HOLLAND, who was a fugitive from New Jersey with three outstanding felony warrants from Gloucester County, and authorized a search for firearms and narcotics.

HOLLAND was not present at the residence when the search warrant was executed. During the search your affiant recovered twenty-one (21) clear bags each containing approximately one pound of marijuana each, a lease in HOLLAND'S name for 939 Daly Street, 9mm Glock style Polymer 80 firearm[1], heat sealer, new and unused packaging, as well as a white plate containing alleged cocaine residue.

7. At approximately 7:30am, Philadelphia Police Officers Yerges and Ficchi arrested Alec HOLLAND for his outstanding warrants from New Jersey on the 900 block of Daly Street in Philadelphia, PA. HOLLAND resisted arrested. During the struggle, a black in color loaded .380 caliber pistol, a Taurus "PT 738" with serial number "43427D", fell from HOLLAND's pocket onto the ground. HOLLAND was taken into custody after the brief struggle. Officers recovered the firearm from the ground and seized a clear bag containing a white substance that field tested positive for the presence of cocaine during a search incident to arrest. Also seized where three and a half pills of alleged Xanax, a scale, and a cell phone.

8. On April 6th, 2022, ALEC HOLLAND was indicted by a grand jury in the Eastern District of Pennsylvania (Criminal Number 22-CR-121-1) for violation of Title 18, United States Code, Section 922(g)1 (possession of a firearm by a felon).

9. On April 7th, 2022, HOLLAND was arraigned in the Eastern District of Pennsylvania on the above listed indictment and is currently detained awaiting trial at Philadelphia Federal Detention Center located at 700 Arch Street Philadelphia, PA.

10. The Taurus "PT 738" serial number "43427D", a .380 caliber pistol, was placed on

---

[1] This is a privately made firearm (sometimes called a ghost gun or homemade firearm) that lacks a commercially-applied serial number, rendering the weapon untraceable.

property receipt number 3545044, and submitted to the Philadelphia Police Department Firearms Identification Unit for analysis.

11. Your Affiant, TFO John Krewer, used one cotton tipped collector to swab the firearm's trigger and trigger guard, the frame and slide area and the magazine. The cotton swabs were documented under property receipt number 3545044 and submitted to the Philadelphia Police Department Chemical Laboratory for analysis.

12. The 9mm Glock style Polymer 80 firearm, was placed on property receipt number 3545043, and submitted to the Philadelphia Police Department Firearms Identification Unit for analysis.

13. Your Affiant, TFO John Krewer, used one cotton tipped collector to swab the firearm's trigger and trigger guard, the frame and slide area and the magazine. The cotton swabs were documented under property receipt number 3545043 and submitted to the Philadelphia Police Department Chemical Laboratory for analysis.

14. Based on my training and experience, I know that when a person handles a firearm, it is possible they could leave trace DNA on the firearm. If this occurs, it may be possible to develop a DNA profile and compare it to a known DNA profile.

15. Based on my training and experience, I am aware that a forensics laboratory could establish a DNA profile if it receives and analyzes the oral secretion (epithelial cells) from a swab of the inside-cheek area of a person.

16. Here, a DNA profile obtained through swabs of HOLLAND can be compared to a DNA profile obtained from the swabs taken from the trigger/trigger guard, the frame/slide area and the magazine of the .380 caliber pistol, Taurus "PT 738" serial number "43427D".

17. Given the facts and circumstances described above, your affiant submits that there is

sufficient probable cause to believe that the DNA of Alec HOLLAND will be present on the Taurus "PT 738" pistol or on the firearm's magazine. In support of this conclusion, your affiant believes that HOLLAND's DNA will be present on the firearm and magazines because they were in HOLLAND'S possession during his arrest on February 17th, 2022.

## CONCLUSION

18. Your affiant, therefore, respectfully requests that the attached warrant be issued, authorizing your affiant to take buccal swabs, specifically, cotton swabbings from the inside of the mouth in the cheek area of HOLLAND for further testing and analysis by the forensic laboratory.

I swear under oath that the above is true and correct to the best of my knowledge and belief.

Respectfully submitted this the  *24th* of May of 2022.

                                      */s/ John Krewer*
                                      John Krewer, Task Force Officer
                                      Federal Bureau of Investigation

Sworn to and subscribed before me this the  24th day of May of 2022.

                                      /s/ Elizabeth T. Hey
                                      ELIZABETH T. HEY.
                                      U.S. MAGISTRATE JUDGE

## **ATTACHMENT A**

Alec Holland, a white male with a date of birth of November 30, 1995, and an FBI Number of

 858468EH0.

22-MJ-836

## **ATTACHMENT B**

Oral secretion (epithelial cells) by rubbing cotton swabs against the inner cheek lining of the person in Attachment A's mouth cavity, in sufficient quantity for scientific examination and comparison for DNA typing and DNA comparison.